UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:22-cv-60850-AHS

CRAZY FORTS, INC.

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against the following Defendants:

UNBEATABLESALE.COM (Defendant No. 685 on Schedule "A" to the Complaint).

| | |
|---|---|
| Date: June 13, 2022 | Respectfully submitted by, |
| | THE BRICKELL IP GROUP, PLLC<br>1101 Brickell Avenue<br>South Tower, Suite 800<br>Miami FL, 33131<br>Tel: 305-728-8831 \| Fax: 305-428-2450 |
| | By: */s/ Nicole Fundora*<br>Richard Guerra<br>Fla. Bar No. 689521<br>Email: rguerra@brickellip.com<br>Nicole Fundora<br>Fla. Bar No. 1010231<br>Email: nfundora@brickellip.com<br>*Counsel for Plaintiff* |