UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:22-cv-60850-AHS

CRAZY FORTS, INC.

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against the following Defendants:

FOR BETTER LIFE (Defendant No. 351 on Schedule "A" to the Complaint).

Date:  July 1, 2022

Respectfully submitted by,

THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831 | Fax: 305-428-2450

By:  */s/ Nicole Fundora*
    Richard Guerra
    Fla. Bar No. 689521
    Email: rguerra@brickellip.com
    Nicole Fundora
    Fla. Bar No. 1010231
    Email: nfundora@brickellip.com
    *Counsel for Plaintiff*