UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:22-cv-60850-AHS

CRAZY FORTS, INC.

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses with prejudice all claims against the following Defendants:

    WILLIOAU (Defendant No. 646 on Schedule "A" to the Complaint).

    VINEEY95 (Defendant No. 490 on Schedule "A" to the Complaint).

    USBKITS (Defendant No. 673 on Schedule "A" to the Complaint).

    TOMORROWHOME (Defendant No. 568 on Schedule "A" to the Complaint).

    TEAFANS (Defendant No. 515 on Schedule "A" to the Complaint).

    T-BEST WHOLESALES OUTLET (Defendant No. 9 on Schedule "A" to the Complaint).

    QUICKKWAY (Defendant No. 503 on Schedule "A" to the Complaint).

    NEWTECKCITY (Defendant No. 475 on Schedule "A" to the Complaint).

    NEWGAGA (Defendant No. 644 on Schedule "A" to the Complaint).

MIRACDIAM666 (Defendant No. 605 on Schedule "A" to the Complaint).

LOSMEE (Defendant No. 473 on Schedule "A" to the Complaint).

HOTYOYO (Defendant No. 516 on Schedule "A" to the Complaint).

HOMEGARDEN2012 (Defendant No. 464 on Schedule "A" to the Complaint).

GOLODOOR (Defendant No. 592 on Schedule "A" to the Complaint).

DOMECOOL (Defendant No. 633 on Schedule "A" to the Complaint).

CUCKOOCLUBS (Defendant No. 619 on Schedule "A" to the Complaint).

CORNERN (Defendant No. 643 on Schedule "A" to the Complaint).

CONOSHINE (Defendant No. 657 on Schedule "A" to the Complaint).

BLUELINK88 (Defendant No. 659 on Schedule "A" to the Complaint).

ACWHOLESALER (Defendant No. 630 on Schedule "A" to the Complaint).

ANPHSIN (Defendant No. 431 on Schedule "A" to the Complaint).

Date:  August 16, 2022

Respectfully submitted by,

THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831 | Fax: 305-428-2450

By:   */s/ Richard Guerra*
Richard Guerra
Fla. Bar No. 689521
Email: rguerra@brickellip.com
*Counsel for Plaintiff*